UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| CLARA ANNETTE CONNER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 5:11-CV-00024-C-BG |
| | ) ECF |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff is appealing an adverse decision of Defendant, Michael J. Astrue, Commissioner of Social Security, pursuant to 42 U.S.C. §§ 405(g) and 1383(c). A United States Magistrate Judge entered a Report and Recommendation on February 9, 2012. Neither party has filed written objections. It is, therefore,

**ORDERED** that the findings and conclusions in the Report and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court and that the above-styled and -numbered cause is hereby **REVERSED** and **REMANDED** to the Commissioner for further proceedings.

Dated March 9, 2012.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE